```
                                              FILED
 1
 2                                         07 OCT 16 PM 3:16
 3                                      CLERK, U.S. DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

 4
                                      BY:  _____  DEPUTY
 5
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY P. TEAL,<br><br>                            Plaintiff,<br><br>v.<br><br>KIMBERLY KING, et al.,<br><br>                           Defendants. | CASE NO: 06-CV-2379 W (BLM)<br><br>ORDER (1) GRANTING JOINT MOTION TO DISMISS DEFENDANT KING (DOC. NO. 30), AND (2) DENYING DEFENDANT'S MOTION TO DISMISS (DOC. NO. 16) AND MOTION TO STRIKE (DOC. NO.17) AS MOOT |

      On October 15, 2007, Plaintiff Kimberly P. Teal and Defendant Kimberly King filed a joint motion for dismissal with prejudice. (Doc. No. 30.) According to the motion, Plaintiff and Defendant King "have agreed to resolve the case between them by way of settlement." (Id., p.2:1–2.) Accordingly, good cause appearing, the Court **GRANTS** the parties' motion [Doc. No. 30]. Defendant Kimberly King is dismissed with prejudice from this case.

//

//

1    In light of this Court's ruling, Defendant King's Motion to Dismiss (Doc. No.
2  16) and Motion to Strike (Doc. No. 17) are **DENIED** as moot.
3    **IT IS SO ORDERED.**
4
5  DATE: October 16, 2007
                                        _____
6                                       HON. THOMAS J. WHELAN
                                        United States District Court
7                                       Southern District of California