FILED

07 NOV -1 PM 12:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___cf___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY P. TEAL,<br><br>                    Plaintiff,<br><br>v.<br><br>KIMBERLY KING, et al.,<br><br>                    Defendants. | CASE NO: 06-CV-2379 W (BLM)<br><br>ORDER (1) GRANTING JOINT MOTION TO DISMISS DEFENDANT THOMAS (DOC. NO. 34), AND (2) DENYING DEFENDANT'S MOTION TO DISMISS (DOC. NO. 19) AND MOTION TO STRIKE (DOC. NO. 28) AS MOOT |

On October 31, 2007, Plaintiff Kimberly P. Teal and Defendant Sherry Lynn Thomas (the "Parties") filed a joint motion for dismissal with prejudice. (Doc. No. 34.) According to the motion, Plaintiff and Defendant Thomas "have agreed to resolve the case between them by way of settlement." (Id., p.1:27–28.) Accordingly, good cause appearing, the Court **GRANTS** the Parties' motion [Doc. No. 34]. Defendant Thomas is dismissed with prejudice from this case. The Parties shall bear their own fees and costs with respect to any claims they may have against each other in this action.

//

1 | In light of this Court's ruling, Defendant Thomas' Motion to Dismiss (Doc.
2 | No. 19) and Motion to Strike (Doc. No. 28) are **DENIED** as moot.
3 |     **IT IS SO ORDERED.**

DATE: November 1, 2007

_____
HON. THOMAS J. WHELAN
United States District Court
Southern District of California